PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendant
NEW CASTLE CORP. dba EXCALIBUR HOTEL AND CASINO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HILARIO GIRON, LUIS RODRIGUEZ, and JOSE VASQUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW CASTLE CORP. dba EXCALIBUR HOTEL AND CASINO, a Nevada Corporation,<br><br>Defendant. | Case No. 2:16-cv-02214-APG-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///
///
///
///
///
///
///
///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party will bear its own costs and attorneys' fees.  All appearing parties have signed this Stipulation, and here are no remaining claims or parties.  No trial date has been set in this case.

Dated: January 30, 2017

Dated:  January 30, 2017

/s/Angela J. Lizada
ANGELA J. LIZADA, ESQ.
LIZADA LAW FIRM, LTD.

Attorneys for Plaintiffs
HILARIO GIRON, LUIS RODRIGUEZ and JOSE VASQUEZ

/s/Sandra Ketner
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
NEW CASTLE CORP. dba EXCALIBUR HOTEL AND CASINO

**ORDER**

**IT IS SO ORDERED.**

Dated: January 30, 2017.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:145111885.1 060736.1117

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.